IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TERRI LYNN JONY, | : | |
| a/k/a TERRI L. JONY, | : | CASE NO.: 5:23-bk-00130 |
| a/k/a TERRI JONY, | : | |
| Debtor | : | |

### NOTICE TO CREDITORS AND PARTIES IN INTEREST:
### SECOND AMENDED CHAPTER 13 PLAN

Debtor(s) TERRI LYNN JONY has filed a petition under Chapter 13 of the Bankruptcy Code on January 24, 2023.

Notice is hereby given that TERRI LYNN JONY has filed a Second Amended Chapter 13 Plan. Objections to the Second Amended Chapter 13 Plan must be filed on or before **March 28, 2024,** with the Clerk, U.S. Bankruptcy Court, Middle District of Pennsylvania, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, with a copy of such Objection mailed to Attorneys for Debtor at the address below. A copy of the Second Amended Chapter 13 Plan is included with this Notice.

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may become binding without further notice unless a written objection is filed before the deadline stated above, i.e., March 28, 2024.

Dated: March 28, 2024

**ROBERT J. KIDWELL, ESQ.**
**NEWMAN, WILLIAMS, P.C.**
Attorneys for Debtor
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360